# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOAN HEYMANN BERGMANN AND                    NO.  2021 CW 0168
PATRICK BERGMANN

VERSUS

WILLIAM LOZES AND CHRISTINE                  **MAY 28, 2021**
LOZES

---

In Re:   Joan Heymann Bergmann and Patrick Bergmann, applying
         for supervisory writs, 22nd Judicial District Court,
         Parish of St. Tammany, No. 2018-10503.

---

**BEFORE:   GUIDRY, WELCH, AND LANIER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (per curiam) are not met.

                            **JMG**
                            **WIL**

   **Welch, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT